# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

SCANNED AT STATEVILLE CC and E-mailed
9-29-17 by CB 2/a pages
date          initials      No.

DAVID WYNTER                              )
        Plaintiff                         )
                                          )
        vs.                               )
                                          ) Case No. _____
RANDALL MEISTER                           )
LT. FUNKE                                 )
SUSAN PRENTICE                            )
JADE DRILLING                             )
        Defendant(s)                      )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

_____

_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, David WYNTER , and states as follows:

My current address is: STATeVille Correctional Center, Route 53, P.O. Box 112 Joliet ILe 60434

The defendant Randall MeisTer is employed as CorrecTional SerGeanT at PonTiac Correctional Center

The defendant FuNke , is employed as Correctional LieuTenanT at PonTiac Corr. Center

The defendant Su San PreaTice is employed as Correctional
Major atPontiac correctional center

The defendant Sade Drilling, is employed as a Registered Nurse
by Wexford at PonTiac correctional center
(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as
above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same
facts involved in this case?                    Yes        ☐   No  ☒

If yes, please describe

_____
_____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                    Yes        ☒   No  ☐

C. If your answer to B is yes, how many? four Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another
piece of paper using the same outline.)

  1. Parties to previous lawsuit:

  Plaintiff(s) David WYNTer

  Defendant(s) Cook CounTY DePuTY Sheriff
  Brian Gallagher,

  2. Court (if federal court, give name of district; if state court, give name of county)

Plaintiff; David Wynter

Defendants Susan Prentice et.al.

Court; United States District Court
Central District Of Illinois

Docket Number / Judge; 13-cv-1518, Chief
Judge James E. Shahid

Basic claim Made: Denial Of Due Process
at disciplinary hearing.

Disposition: Defendants Prevailed on Motion
For Summary Judgment. 2015 circa.

Approximate date of Filing; August 2013

Plaintiff: David Wynter

Defendant. Dr. John Garlick

Court: U.S. District Court Central District Of
Illinois Peoria Division.

Docket No.
Judges: Chief Judge James E. Shahid

Basic claim Made: A Forced Suicide Watch.

Disposition Defendant Prevailed on
Motion For Summary Judgement
2016 Circa

Approximate Date of Filing August 2012

Plaintiff: David Wynter

Defendant: Merill Wilson

Court: US. District Court Central District Of Illinois Peoria Division

Docket No. 1-13-cv-01466, Judge: Chief Judge James E. Shadid.

Basic Claim Made: Retaliation

Disposition: Still Pending.

Approximate Date Of Filing: 2013.

United States District Court, Northern IL

3. Docket Number/Judge

1:05 - CV-05928. Hon. Reuben Castillo

4. Basic claim made

Excessive use of Force.

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

A Settlement Was reached for 20,000.

6. Approximate date of filing of

lawsuit October 14th, 2005

7. Approximate date of disposition

June 2008

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒

No ☐ If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

3

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: MAY 18, 2016 | Offender: (Please Print) David WYNTER | ID#: N04231 |
|---|---|---|

Present Facility: Pontiac Correctional Center

Facility where grievance issue occurred: Pontiac C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): ASSAULT

☐ Disciplinary Report: ____/____/____
Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On Sunday MAY 15, 2016 I refused To accept a Cellmate out of Con cern for my safety. See ATTached disciplinary. When Major PreNTice, LERvake indicated They were coming in I Turned around and got MeisTer also PresenT cut They laid cuff on so Tight days later iT still hurts. When we got To The 1st Floor he Told me To Kneel down While ThIs Tild my arm, I screamed out and said something about his mother, AT Which Time, he slammed my head Face first into The concrete. All my requesTs To see

Relief Requested: SSP. MeisTer assaulted me in FronT of WiTnessed and a camera. I request preservation of The Video camera Tapes AT The E.C.H. entrance To see a docTor and IA STAFF.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David WynTer          N04231   5/18/2016
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

MAY 2 3 2016

Date Received: ____/____/____   Is this determined to be an emergency nature?   ☐ Yes; expedite emergency grievance.
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)
Printed on Recycled Paper

copied 07/13/16 PCCLL

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

As doctor has been denied as of the filing of this grievance.

After slamming me face first into the concrete floor, Sgt. Meister stood on my neck with his dirty boots.

Sgt. Meister then dragged me into a nearby holding Red, put a spit mask over my head on back wards so the vent to breathe through was on the back of my head and having just been assaulted and out of breath, every breath I inhaled, a nose full of cotton and began screaming "I can't breathe" at which time I began having a panic attack and urinated on myself, because with that white cloth bag over my head I could not see anything, I only heard some staff members in the background laughing and mimicking me saying "help I can't breathe."

Major Prentice and Lt. Funke was present standing a few feet away throughout my ordeal and neither of these supervisory staff, neither did or said anything to protect me from Sgt. Meister.

At some point Sgt. Meister removed the spit mask then put it back on properly so I could breathe. My vision is blurred, I have headache, neck back pain, So.

Sgt. Meister and Major Prentice then escorted me from the East, to North Cell, where all property was taken for 72 hours. With no eye glasses, or pen and paper, I asked cell house Lt. Boland to call internal affairs to take pictures of my swollen face, he refused.

I am S. mi and take psychotropic medication twice daily. I show my injuries to the nurses and request to see a doctor and they all say fill out a money voucher, we don't treat pen on property do dial.

Next month I'll be 61 years old, I weigh 150, my last cell mate a 270 lb self-hanger threatened my life, in front of C/o Read and I was moved. On another occasion, C/o Baron N 1967 C/o by my bed masturbating.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: Nov 19, 2016 | Offender: (Please Print) David Whatten | ID#: N.04231 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☒ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☒ Other (specify): Assault |

☐ Disciplinary Report: ____ / ____ / ____
_____Date of Report_____      _____Facility where issued_____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not reviewed by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Out of concern for my safety I refused my cell mate's dictate May 15, 2016. Eventually I was removed from the cell by Sgt. Meister who put the cuffs on very tight. Present were Major Prentice and Lt. Sudler. In front of the video camera he slammed me face down into the concrete floor for something I said about his Mother. Sgt. Meister then put a sgt. Mash ed my face back into and ignored my plea "I can't breathe". This while chained to a headchild. The leg irons.

**Relief Requested:** I have constant headaches blurred vision and neck pains as he also stood on my neck. All of my requests to see a doctor are ignored. I need to see a doctor and to staff.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David Whatten _____ N.04231     5  19   2016
Offender's Signature                              ID#         Date

RECEIVED
MAY 2 7 2016
ADMINISTRATION

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____
_____
_____
_____
_____

_____Print Counselor's Name_____      _____Counselor's Signature_____      ____ / ____ / ____ Date of Response

---

**EMERGENCY REVIEW**

| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____Chief Administrative Officer's Signature_____      ____ / ____ Date

Bruce Rauner
Governor



John Baldwin
Acting Director

$6$ $5/$ $20$

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 5/21/16

TO:   Name: Wynter   IDOC #: 04231

FROM:  Grievance Officer S. Simpson
       Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 5/17/16  Topic: Staff Conduct   Issue: Sgt. Neuster (5-15-16

The attached is being returned for the reason(s) listed below:

_____  Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first
         attempt to resolve incidents, problems or complaints, other than complaints concerning
         disciplinary proceedings, through his counselor".

_____  Use proper Committed Person's Grievance (DOC 0046).

_____  Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____  Forward grievance directly to the Administrative Review Board (protective custody, enforced
         medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's
         Office, decisions rendered by the Director).

_____  Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
         addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____  Unable to determine nature of grievance/correspondence. Submit additional specific
         information.

_____  Illegible copy submitted – submit legible copy for consideration.

_____  Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
         Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: June 12, 2016 | Offender: (Please Print) David Wyrtr | ID#: N04231 |
|---|---|---|

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___  Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

LT Funko While working The E.A.S.T cell house on May 15, 2016 observed SGT Meister assault me Without justification and he neither did nor say anything to protect me. As LT Meister's immediate Supervisor. When I refused to accept cellmate on The above date, LT Funko came to cell 618 and said "open The door", Knowing That would Not be consistent with IDOC cell or Traction policies.

Relief Requested: I request LT Funko be disciplined For Failure to protect me from assault and I request I To be Kept Separate From LT Funko For my own Safety.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David Wyrtr                    N04231    6/12/2016
Offender's Signature              ID#            Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: 6/13/16   ☒ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 | |

Response: This issue is concerning staff conduct and should be forwarded directly to the Grievance Office.

Dan Vilt                        Dan Vilt        6/13/16
Print Counselor's Name              Counselor's Signature    Date of Response

*(handwritten vertical note at left: Concel w/still w/)*

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___   Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance<br>☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____                    ___/___/___
Chief Administrative Officer's Signature                Date

Distribution: Master File; Offender                Page 1                DOC 0046 (8/2012)

Printed on Recycled Paper

OFFENDER'S GRIEVANCE

| Date: MAY 24 2016 | Offender (Please Print) David WYNTER | ID#: N.04231 |
|---|---|---|

Present Facility: PONTIAC C.C.

Facility where grievance issue occurred: PoNTIAC C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify) Transfer

☐ Disciplinary Report: _____ / _____ / _____

Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent documents (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

When SGT. Meister slammed MY head into the
concrete Till I blacked out, upon recieving
consciousness only To go Through The ordeal of
Panicking Trying To breathe with succes due To
The spit mask he put on My Face backward, I
asked Major PreNTice To allow Me To see a doctor
For MY injuries.
A nurse Jade showed up insTead held up Two Finger and
said "Follow My vary side To side" That isN'T The TreaTMeNT
Relief Requested: I Need To be TreaTed by a Medical docTor For
blunT Force Trauma To My head and related injuries.
I reMuST To be TransFerred ouT of PoNTiac For My saFeTy.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David WYNTer                    N.04231        5  24  2016
Offender's Signature              ID#            Date

RECEIVED

MAY 2 7 2016

(Continue on reverse side if necessary)

ADMINISTRATIVE

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

Print Counselor's Name                    Counselor's Signature                    Date of Response

**EMERGENCY REVIEW**

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____    _____ / _____ / _____
Chief Administrative Officer's Signature              Date

**OFFENDER'S GRIEVANCE** (Continued)

I have received dalf. To The Continued blurred
vision, headaches, and until a few nights ago some
liquid ran out my leftear, if I slept on the left
side. At the time Nurse Jade talked to me 5/15,
she said I would see a doctor The next day.
As of The filing of This Grievance I have not
been seen by a medical doctor for my injuries.
For The Past week I have handed medical
request slips to see a doctor To Nurse Jade
Tilice, Nurse laura, and Nurse Cherie all of Whom
Work for Wexford Health Services.
Lately I have Problems With balance on The left
side of my body, and have regular Panic attacks
Gasping for air.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: June 14, 2016 | Offender: (Please Print) David Wayne | ID#: N.04231 |
|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☑ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☑ Other (specify): Retaliation

☐ Disciplinary Report: ____/____/____
   Date of Report        Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On the above date, I was escorted by c/o Grizzell
and c/o Bowden to see the nurse after the treatment
they escorted me back to cell 512 without incident,
Sgt Meister however walked up, entered my
cell and began to conduct a thorough shakedown
taking 2 syrups, a ketchup, milk carton and a
piece of string while walking back and forth
at my nostril and filled with hip boots,
ever since Sgt Meister assaulted me May 15.2016

Relief Requested: I request Sgt Meister stop retaliation against
Mr. Doe filing grievances against him. I request to
be kept separate from him for my safety and to move franch.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David Wayne   N.04231   6/14/2016
   Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to
                                                                        Administrative Review Board, P.O. Box 19277,
                                                                        Springfield, IL 62794-9277

Response: _____

_____   _____   ____/____/____
Print Counselor's Name           Counselor's Signature           Date of Response

---

**EMERGENCY REVIEW**

Date Received: 6/15/16   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                            ☑ No; an emergency is not substantiated.
                                                                               Offender should submit this grievance
                                                                               in the normal manner.

Michael Melvin   6/15/16
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender                Page 1                DOC 0046 (8/2012)
                                            Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

in E.C.H. I have been sleeping on the floor to ease my neck, and back pains. When I asked Sgt Meister if the shake down was because of the complaints and grievances I made after he assaulted them tried to suffocate me, he said that was no assault, that I got a face full of concrete because I disrespected his dead mother.

I did not know his mother was dead when I made the statement and I apologized for that.

Sgt Meister was on his desk sorting through my laundry, and emptying large envelopes with my court transcripts. He said I filed grievances that I mentioned that IDOC Director John Baldwin is going to decide whether or not slamming me head first into concrete while handcuffed in the back is an assault, he responded that to IDOC Baldwin presented him with a service award at the Academy two weeks ago, so he's not worried about that. I do not feel safe around Sgt. Meister.

A thorough shake down of this unit was conducted by the Tactical team June 9th and no contraband was found in my cell, as indicated by the shake down slip I received after the shakedown.

Sgt Meister found no contraband, and issued me no shake down slip, so this can occur anytime I exit the cell, or at will. When Sgt Meister and Major Prentice and were involved in my being moved from East to North House, they escorted me over here at Tep, refused a particular cell mate. Who has a threat to my safety as Internal Affairs corroborated. The only disciplinary I received was for violating rule 403 Disobeying a direct order. For safety I do not have single cell status and can have a cell mate.

I refused that particular cell mate, out of concern for my safety. Most of the staff and Lt Wisemiller said 403's you only a month to the new disciplinary. Sgt Meister says he has no idea why I was in N.C.H.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: August 25 2016 | Offender: (Please Print) David Walker | ID#: N.D4231 |
|---|---|---|

| Present Facility: Pontiac Correctional | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☒ Other (specify): Grievances

☐ Disciplinary Report: _____ / _____ / _____
Date of Report _____ Facility where issued

Note:  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On May 15, 2016 While on my Knee's handcuFFed in
back Facing SGT. Meister Awaiting Leg iron's To be
PuT on. I Said Something about SGT Meister
MOTHer because The CuFFs he PuT on was Too
TighT. SGT. Meister Then Slammed my head into The
ConcReTe Till I losT conscious Ness.
This assault was committed in The PResence oF
LT Runke and major PRentice. AS oF The above
date grievance OFFicer Simpson has NoT Responded To The
Relief Requested: I requesT a response From Simpson Simpson To
whom I specifically Forwarded These grievances on
June 18, 16 That She AcKNowledged receiving.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David Walker _____ N.D4231 ___ 8 /25 /2016
Offender's Signature _____ ID# ___ Date

(Continue on reverse side if necessary)

Copied 9/13/16 LL

| | **Counselor's Response (if applicable)** |
|---|---|

Date Received: 8 /25 /16

☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This grievance issue was forwarded to
forwarded to IA for review on 5/21/16.

Simmons _____ Simmons ___ 8 /26 /16
Print Counselor's Name _____ Counselor's Signature ___ Date of Response

| | **EMERGENCY REVIEW** |
|---|---|

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ _____ / _____ / _____
Chief Administrative Officer's Signature _____ Date

Distribution: Master File; Offender ___ Page 1 ___ DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Inside 19.16 grievance I sent to her AFTER
This Notice From Counselor Nilt 6/13/16,
That The Grievance invoiued STAFF Conduct and
Should be Forwarded directly To The Grievance
OFFice.
I Forwarded a separate copy of the Grievance
against sgt. meister, LT Punka and Major Prestice.
To The A.R.B in springfield (see. attached)
they stampled The Grievances and required me.
To have The Grievance Procelsled at The
Institutional level.

e Rauner
vernor



John Bal
Acting Dire

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# M E M O R A N D U M

DATE: *12-17-16*

TO:    Name: *Wynter*    IDOC #: *N 04231*

FROM:   Grievance Officer S. Simpson
        Pontiac Correctional Center

SUBJECT: Grievance(s) dated: *12-14-16* Topic: *Staff*    Issue: *Sgl. Meister*
         *Conduct*    *(5-15-16)*

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor.  Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____ Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

*Mission:* To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

**www.illinois.gov/idoc**

_Received_

X   Issue has been previously addressed on _5-21-16_. No justification for further consideration.

_I.A. response pending_

Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

The Chief Administrative Officer has determined your grievance Issue a non-emergency.  If you reject this decision, forward your grievance directly to Grievance Office.

Other:

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS
OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE
ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS
RELATING TO YOUR GRIEVANCE.

Any of the six grievances attached to
this document if responded to through
the institutional grievance process
would satisfy the exhaustion
requirement.

As no response has been had in 17, months
no relief is therefore available
through the institutional grievance
process and the filing of additional
grievances would not be productive based
on the failure to process any of the six
attached grievances in seventeen months.

## STATEMENT OF CLAIM

Place of the occurrence PONTIAC CORRECTIONAL CENTER

Date of the occurrence MAY 15, 2016

Witnesses to the occurrence Major, Lt Prentice, Lt Funke ETD),

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

On May 15 2016, I refused To Accept A Known Sex Offender Mike As My cellmate. Gallery officer Read Went Down Stairs and Minutes later Major Prentice, Lt Funke And Sgt Meister Lt Funke Said To Sgt Meister "Open up!" At The Time of This incident I Was in disciplinary Segregation.

IDOC. Regulations Mandate cell extraction be conducted by The Tactical Team only. At no Time is The Security STaff Allowed To enTer Segregation inmate cell Or interact With Them uncuffed.

I cuffed up upon noTicing Major Prentice The Supervisor Agreed With This Violation

of IDOC, policies and I feared for my
safety. I cuffed up to avoid being
assaulted only to have SGT Meister attach
the cuffs very tightly, then raised my
hands up so high behind me, I was bent
at the waist and on the first floor he told
me to get on my knees while facing him.
The pain in my wrist were so excruciating
I said something derogatory about his mother,
at which time he slammed my head
into the concrete so hard I lost consciousness.
When I regained consciousness Meister
had his boot on my neck and was drilling denied pre-care.
major practice and that to is this were about
five feet away watching but said nothing.
SGT Meister put me in a bull pen and placed
a spit mask on my face backward. I was
being suffocated and and I had a panic attack and
urinated on myself.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

The u2 provoked assault permanently damaged what the 3. optometrists said is my retina 24 hours a day I see floaters images and the lights. I have severe neck and back pains. I had arthritis in my neck prior to this assault and my injuries were exacerbated when R.A Drilling denied me prompt medical care. With liquid leaking from my ear and a swollen face she denied me a doctor's treatment I seek vest compensatory & punitive damage

**JURY DEMAND**      Yes  ☒      No  ☐

Signed this ___28th___ day of ___September___,

___2017___

___David Wynter___
( *Signature of Plaintiff* )

| Name of Plaintiff: David Wynter | Inmate Identification Number: N.04221 |
|---|---|
| Address: P.O. BOX 112 STATEVILLE Joliet Ill box 34 | Telephone Number: |